**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x
:
LUC A. DESPINS, CHAPTER 11 :
TRUSTEE, :
: Adv. Proceeding No. 23-05005
Plaintiff, :
v. :
:
GREENWICH LAND, LLC and : March 27, 2023
HING CHI NGOK, :
:
Defendants. :
:
---------------------------------------------------------x

**CERTIFICATION IN SUPPORT OF EMERGENCY MOTION FOR RELIEF
PURSUANT TO FED. R. CIV. P. 65 AND EXPLAINING WHY NOTICE SHOULD NOT
BE REQUIRED PURSUANT TO FED. R. CIV. P. 65(b)**

1.  I, Luc A. Despins, in my capacity as the chapter 11 trustee (the "Trustee")

appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), am

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the plaintiff in the above-captioned adversary proceeding.[2] I am fully familiar with the facts and circumstances set forth herein, and have personal knowledge thereof. I submit this certification in further support of my application for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure and, in particular, to demonstrate that notice of *Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction* should not be required as contemplated by Fed. R. Civ. P. 65(b).

2. Facts plead in the Complaint show the immediate risk of the dissipation of the assets of Greenwich Land and Defendant Ngok and the need for immediate *ex parte* relief.

3. On March 15, 2023, the Debtor was arrested by federal authorities in connection with multiple charges of securities fraud and wire fraud, among others. The Criminal Indictment alleges that the Debtor, his family members, and his accomplices have participated in the illicit movement of funds on a major scale through the use of numerous shell companies. The Criminal Indictment also demonstrates how one of the Debtor's co-conspirators, attempted to move millions of dollars of funds out of the United States in response to the government's investigation. The Debtor's recent arrest is likely to encourage his agents and employees to engage in additional transfers of assets.

4. Indeed, the Debtor's chapter 11 case has taken a serious turn in recent days that makes clear the danger that the assets of his shell companies like Greenwich Land will be transferred or encumbered. Just today, the Debtor's daughter Mei Guo invoked the Fifth Amendment to avoid disclosing assets. [Adv. Proc. 22-05003, Docket No. 173].

5. The history here is also instructive. In April 2022, after the Debtor's chapter 11

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Complaint of Chapter 11 Trustee for Estate of Ho Wan Kwok Seeking (I) Declaratory Judgment that Greenwich Land LLC Is Alter Ego of Debtor, and (II) Related Relief (the "Complaint") [Adv. Proc. Docket No. 1].

2

case had commenced, Greenwich Land Sold the Ferncliff Road Property without providing any notice to creditors, and in defiance of a restraint notice served on Greenwich Land by PAX on May 10, 2021, generating proceeds of $2.2 million that were then deposited in a Greenwich Land bank account. It is unclear what has happened with those funds, but I believe it possible that they have left the jurisdiction and been sent overseas.

6. Similarly, the Debtor's daughter, Mei Guo, testified that in the summer of 2022 (again, while the Debtor's chapter 11 case was pending) the Debtor's private jet (held by a shell company purportedly owned by Mei Guo) was sold for $10 million, funds now allegedly being held for Mei Guo by someone whose name she does not know. Once again, no notice was given to creditors regarding this sale.

7. In addition, the Debtor is well known for his efforts to keep assets out of the reach of creditors, as evidenced by his efforts to keep the Lady May yacht away from PAX by sending and keeping the yacht overseas, violating orders of Justice Ostrager, and incurring over $130 million in contempt fines. The Debtor also committed contempt of court in his effort to frustrate my taking possession of Ace Decade Limited pursuant to the corporate governance order.

*/s/ Luc A Despins*
Luc A. Despins
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HO WAN KWOK, *et al.*,[1]                              :   Case No. 22-50073 (JAM)
                                                       :
                Debtors.                               :   (Jointly Administered)
                                                       :
------------------------------------------------------x
                                                       :
LUC A. DESPINS, CHAPTER 11                             :
TRUSTEE,                                               :
                                                       :
                                                       :   Adv. Proceeding No. 23-05005
                Plaintiff,                             :
v.                                                     :
                                                       :
GREENWICH LAND, LLC and                                :   March 27, 2023
HING CHI NGOK,                                         :
                                                       :
                Defendants.                            :
                                                       :
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 27, 2023, the foregoing Application was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[1]  Parties may access this filing through the Court's CM/ECF system.

Dated:   March 27, 2023              LUC A. DESPINS,
         New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                     By: /s/ Douglass Barron
                                         Avram E. Luft (pro hac vice)
                                         Douglass Barron (pro hac vice)
                                         PAUL HASTINGS LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 318-6079
                                         aviluft@paulhastings.com
                                         douglassbarron@paulhastings.com

                                             and

                                         Nicholas A. Bassett (pro hac vice)
                                         PAUL HASTINGS LLP
                                         2050 M Street NW
                                         Washington, D.C., 20036
                                         (202) 551-1902
                                         nicholasbassett@paulhastings.com

                                             and

                                         Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         dskalka@npmlaw.com
                                         plinsey@npmlaw.com

                                         *Counsel for the Chapter 11 Trustee*

---

[1] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

2