**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :     Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :     Case No. 22-50073 (JAM)
                                                :
                           Debtors.             :     (Jointly Administered)
                                                :
---------------------------------------------------------x
                                                :
LUC A. DESPINS, CHAPTER 11                      :
TRUSTEE,                                        :
                                                :     Adv. Proceeding No. 23-05005
                           Plaintiff,           :
                                                :
v.                                              :
                                                :
GREENWICH LAND, LLC and                         :
HING CHI NGOK,                                  :
                                                :
                           Defendants.          :
                                                :
---------------------------------------------------------x

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CHAPTER 11 TRUSTEE TO DEFENDANTS' MOTION TO ADJOURN APRIL 11, 2023 HEARING ON <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Plaintiff Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok (the "Debtor"), submits this limited objection and reservation of rights in response to the *Defendants' Motion to Adjourn April 11, 2023 Hearing on Trustee's Motion for Preliminary Injunction* [Adv. ECF No. 19] (the "Motion for Adjournment"), and respectfully states as follows:

1. The Trustee does not oppose affording the Defendants their requested two-week adjournment, provided doing so will not result in Ms. Ngok (the "Debtor's Wife" and together with Greenwich Land, LLC, collectively, the "Defendants") avoiding her obligation to appear at the rescheduled hearing to be examined by counsel for the Trustee.

2. On April 4, 2023, counsel for the Trustee informed counsel for the Defendants that the Trustee intends to call the Debtor's Wife as a witness to testify at the April 11, 2023 hearing on the Trustee's Motion for Preliminary Injunction (the "PI Hearing").

3. On April 5, 2023, counsel to the Trustee served a subpoena for the Debtor's Wife to appear and testify at the PI Hearing on her counsel (the "Subpoena").

4. On April 6, 2023, the Defendants' and the Trustee's (collectively, the "Parties") counsel held a telephonic conference and discussed the PI Hearing.

5. On April 7, 2023, the Parties' counsel had a further teleconference regarding the PI Hearing. Counsel for the Defendants indicated its intent to seek an adjournment of the PI Hearing, and counsel to the Trustee represented that the Trustee would not oppose Defendants' request, provided the Defendants agreed that the Defendants: (a) consented to the extension of the terms of the Court's temporary restraining order, [Adv. ECF No. 14] ("TRO"), through the rescheduled hearing; and (b) the Debtor's Wife would appear and testify at any rescheduled hearing in

compliance with the Subpoena, and that any adjournment ordered by the Court would not affect her obligation to comply with the Subpoena.

6. During the April 7, 2023 teleconference, Defendants raised no objection to the extension of the TRO. The Parties agreed that each would confer with its client and discuss any outstanding issues with respect to the PI Hearing and the TRO.

7. In response to the Trustee's position that he would not object to a two-week adjournment of the PI Hearing, subject to the Debtor's Wife complying with the Subpoena with respect to any rescheduled hearing, counsel for the Defendants refused to agree that the Debtor's Wife would comply with the Subpoena to appear and testify as to any rescheduled hearing.

8. Thereafter, the Defendants filed the Motion for Adjournment.

9. The Trustee understands that the Defendants' counsel requires additional time to prepare for the PI Hearing. Any adjournment of the PI Hearing, however, should not prejudice the Trustee, to the extent that the Debtor's Wife intends to avoid her obligation to appear and testify at a rescheduled PI Hearing pursuant to the Subpoena. The Debtor's Wife purports to be the sole owner of Greenwich Land, LLC, and her testimony is central to this dispute. Seeking additional time for new counsel to prepare for the PI Hearing may be reasonable, but using an adjournment as a pretext to attempt to shield the Debtor's Wife from complying with the Subpoena is entirely improper.

10. The Trustee requests that if any adjournment is granted, it be conditioned upon the existing TRO remaining in effect through the rescheduled hearing, and that the Court order the Debtor's Wife to appear and provide testimony at the rescheduled hearing pursuant to the Subpoena, notwithstanding any rescheduled date for the PI Hearing.

11. Finally, to the extent the Court grants the relief requested in the Motion for Adjournment, the Trustee requests that a scheduling conference be held on April 11, 2023, at 3:00 p.m. (prevailing Eastern Time) to establish a schedule governing the submission of witness and exhibit lists between the Parties and to the Court, and the submission of motions *in limine*, if any, in connection with the PI Hearing.

Dated:   April 8, 2023                          LUC A. DESPINS,
         New Haven, Connecticut                 CHAPTER 11 TRUSTEE

                                        By: */s/ Patrick R. Linsey*
                                            Avram E. Luft *(pro hac vice)*
                                            Douglass Barron *(pro hac vice)*
                                            PAUL HASTINGS LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 318-6079
                                            aviluft@paulhastings.com
                                            douglassbarron@paulhastings.com

                                                *and*

                                            Nicholas A. Bassett *(pro hac vice)*
                                            PAUL HASTINGS LLP
                                            2050 M Street NW
                                            Washington, D.C., 20036
                                            (202) 551-1902
                                            nicholasbassett@paulhastings.com

                                                *and*

                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            dskalka@npmlaw.com
                                            plinsey@npmlaw.com

                                            *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
:
In re:                                              :   Chapter 11
                                                    :
HO WAN KWOK, *et al*.,[1]                           :   Case No. 22-50073 (JAM)
                                                    :
                            Debtors.                :   (Jointly Administered)
                                                    :
---------------------------------------------------x
                                                    :
LUC A. DESPINS, CHAPTER 11                          :
TRUSTEE,                                            :
                                                    :   Adv. Proceeding No. 23-05005
                            Plaintiff,              :
v.                                                  :
                                                    :
GREENWICH LAND, LLC and                             :
HING CHI NGOK,                                      :
                                                    :
                            Defendants.             :
                                                    :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that April 8, 2023, the foregoing was electronically filed.

Notice of this filing was sent by e-mail to all parties to the above-captioned adversary proceeding

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: April 8, 2023
      New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    plinsey@npmlaw.com