# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM OF DOCUMENTS TO DISTRICT COURT

Debtor(s) Name:   Ho Wan Kwok and Genever Holdings LLC

Case No.:   22-50073

Adversary Proceeding Name:   Despins, Luc A., Chapter 11 Trustee v. Greenwich Land, LLC et al.

Adversary Proceeding Number: 23-5005

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**

**Attached please find the following checked items:**

1. ☑ Motion for Withdrawal of Reference
2. ☐ Motion for Leave to File Appeal
3. ☐ Answer/Objection to Motion for Leave to File Appeal
4. ☐ Proposed Findings of Fact and Conclusion of Law Pursuant to 28 U.S.C. 157 (c)(1)
5. ☐ Case Docket Sheet available through PACER
*6. ☐ Case Docket Sheet available through the Court's CM/ECF (Upon an Order granting Motion for Withdrawal of Reference, an Internal Docket Sheet will be transmitted separately via email.)
7. ☐ Other

Filing Fee:  ☒ Paid   ☐ Not Paid

| | |
|---|---|
| Defendant's Name: | Greenwich Land, LLC and Hing Chi Ngok |
| Defendant's Attorney: | Christopher J. Major, Esq., Austin D. Kim, Esq., and Michael B. Sloan, Esq. |
| | Meister Seelig & Fein PLLC, 125 Park Avenue, 7th Fl, New York, NY 10017 |
| Plaintiff's Name: | Luc Despins, Chapter 11 Trustee |
| Plaintiff's Attorney: | Nicholas A. Bassett, Esq.<br>Paul Hastings LLP<br>2050 M Street, N.W.<br>Washington, D.C. 20036 |
| | Douglass E. Barron, Esq. and Avram Luft, Esq.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 |
| | Douglas S. Skalka, Esq., James C. Graham, Esq., and Patrick R. Linsey, Esq.,<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 |

By: /s/ Zahra Adam-Zeini
Deputy Clerk, U.S. Bankruptcy Court

Date: July 10, 2023

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:   Ho Wan Kwok and Genever Holdings LLC

Bankruptcy Case No.:   22-50073

Adversary Case No.:   23-5005

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated:   July 10, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned   _____

☐ Miscellaneous No. Assigned   _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____       Date:
       Deputy Clerk, U.S. District Court